**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
**CHAPTER 13 PLAN (Individual Adjustment of Debts)** www.flsb.uscourts.gov

_Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
1st Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Tarsha Graham          JOINT DEBTOR: _____          CASE NO.: 12-27158-RBR
Last Four Digits of SS# 3658      Last Four Digits of SS# _____

This document is a plan summary. Additional data on file in clerk's office attached to original plan.

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of 60 months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:
   A. $ 2153.61   for months  1  to  12 ;
   B. $ 3048.65  for months  13  to  60 ;
   C. $_____ for months _____ to _____ ; in order to pay the following creditors:

Administrative: Attorney's Fee - $ 3500.00 + 750 (MTV) + 525 (Motion to Modify) = 4775.00 TOTAL PAID $3500
                Balance Due $ 1275.00  payable $ 62.50 /month (Months  1  to 12  and $ 10.94 /month (Months  13  to 60

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. § 1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property: N/A

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION (UTILIZING LOCAL FORM MOTION TO VALUE COLLATERAL IN PLAN) WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| Gregory Funding LLC Acct #48-011 | 2023 Mayo Street Hollywood, FL 33020 (Non-Homestead) $124,920.00 | 5.25 % | $1870.53  $2593.86 | 1 to 12  13 to 60 | $146,951.51 |

Priority Creditors: N/A

Unsecured Creditors: Pay $137.47 /month (Months 1 to 12) and $166.70 /month (Months 13 to 60)
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: Debtor surrenders her interest in her homestead property to Bank of America (acct# 6704), Select Portfolio Servicing, Weston Lakes Maintenance Association and the Broward County Tax Collector.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

/s/ Richard J. Adams Esq.
For Debtor: Tarsha Graham
Date: July 24, 2013

# Modification Ledger

**Date: July 24, 2013**

**Debtors(s):** Tarsha Lavell Graham

**Case No.:** 12-27158-RBR

| | | | |
|---|---|---|---|
| Petition Filed: | Tue, Jul 17, 2012 | Attorney Name: | RICHARD J. ADAMS, ESQUIRE |
| Date Confirmed: | Thu, Oct 18, 2012 | Atty. Fee in Plan: | $750.00 |
| Receipts Less Refunds: | $25,844.11 | Atty. Arrears Amt.: | $0.00 |
| Balance on Hand: | $0.85 | Atty. Paid to Date: | $750.00 |

| Creditor Name | Type | Claim Amt. | Prin. Owed | Prin. Paid | Mo. Pymt. |
|---|---|---|---|---|---|
| Aspen Shackleton II LLC | U | $166,260.94 | $9,203.20 | $772.46 | $0.00 |
| Aspen Shackleton II LLC | W | $146,951.51 | $124,505.17 | $22,446.34 | $2,449.19 |
| BACK BOWL I, LLC | U | $7,655.93 | $423.79 | $35.57 | $0.00 |
| BANK OF AMERICA, N.A | K | $0.00 | $0.00 | $0.00 | $0.00 |
| BELL SOUTH TELECOMMUNICATIONS | U | $411.36 | $23.61 | $1.07 | $0.00 |
| CITIFINANCIAL | U | $0.00 | $0.00 | $0.00 | $0.00 |
| CREDITOR SERVICES, INC | U | $0.00 | $0.00 | $0.00 | $0.00 |
| DANIEL C CONSUERGRA, ESQ | N | $0.00 | $0.00 | $0.00 | $0.00 |
| DANIEL CONSUEGRA, ESQ. | N | $0.00 | $0.00 | $0.00 | $0.00 |
| ELIZABETH R. WELLBORN,P.A. | N | $0.00 | $0.00 | $0.00 | $0.00 |
| ENHANCED RECOVERY | U | $0.00 | $0.00 | $0.00 | $0.00 |
| ENHANCED RECOVERY | U | $0.00 | $0.00 | $0.00 | $0.00 |
| MERIDIAN FINANCIAL SERVICES | U | $0.00 | $0.00 | $0.00 | $0.00 |
| MERIDIAN FINANCIAL SERVICES | U | $0.00 | $0.00 | $0.00 | $0.00 |
| PRA RECEIVABLES MANAGEMENT, LL | U | $2,972.71 | $164.55 | $13.81 | $0.00 |
| PRA RECEIVABLES MANAGEMENT, LL | U | $1,659.39 | $91.85 | $7.71 | $0.00 |
| SALLIE MAE GUARENTEE SERVICES | U | $140,906.30 | $7,799.72 | $654.66 | $0.00 |
| SELECT PORTFOLIO SERVICING INC | K | $0.00 | $0.00 | $0.00 | $0.00 |
| WELLS FARGO FINANCIAL | U | $35,368.99 | $1,957.81 | $164.33 | $0.00 |
| WESTON LAKES MAINTENANCE ORG | K | $0.00 | $0.00 | $0.00 | $0.00 |